| STATE OF INDIANA | ) | IN THE LAKE _____ COURT |
|---|---|---|
|  | ) SS: |  |
| COUNTY OF LAKE | ) | SITTING AT _____, INDIANA |

| | |
|---|---|
| JOSE L. FELICIANO, SR. and <br> KATHERINE FELICIANO, <br><br>     Plaintiffs, <br><br>     v. <br><br> PEPSICO, INC., <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CAUSE NO. <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

Plaintiffs, JOSE L. FELICIANO, SR. ("Jose") and KATHERINE FELICIANO ("Katherine") (collectively, "Plaintiffs"), by counsel, **ALLEN LAW GROUP, LLC**, for their Complaint against PEPSICO, INC. ("PepsiCo") allege and state as follows:

1. At all times relevant herein, Jose and Katherine were and are citizens of East Chicago, Lake County, Indiana.

2. At all times relevant herein, PepsiCo maintained a principal office in Indianapolis, Marion County, Indiana by its registered agent and placed a cart ("cart") used for delivery and stocking work in a walking area at Strack and Van Til's grocery store located at 4725 Indianapolis Blvd in East Chicago, Indiana ("premises") while present performing work.

3. On and before December 29, 2024, Jose was an employee of Strack and Van Til.

4. On and before December 29, 2024, PepsiCo and its agents and employees owed Jose, as well as other similarly-situated individuals, a general duty to exercise

reasonable care while performing their work and to ensure their work and equipment, including carts, do not create a hazard to the public, including Jose.

5. On and/or before December 29, 2024, PepsiCo breached the foregoing duties and was negligent and/or reckless for leaving the cart in an area regularly and continually frequented by individuals and employees of Strack and Van Til causing a tripping hazard.

6. As a direct and proximate result of PepsiCo's negligence and/or recklessness, Jose suffered a serious fall on the premises.

7. As a direct and proximate result of this incident, Jose sustained permanent and severe personal injuries; incurred and will incur ambulance, hospital, diagnostic, surgical, therapeutic, pharmaceutical, and other medical expenses; suffered and will suffer physical pain, mental suffering, emotional distress, terror, fright, humiliation, disability, disfigurement, and loss of enjoyment of life, lost wages, loss of time, impairment of earnings capacity, and sustained other injuries and damages of a personal and pecuniary nature.

8. The occurrence happening at the premises is an event which would not have occurred absent negligence on the part of the Defendant and demonstrates negligence on the part of Defendant.

9. At all relevant times herein, Katherine and Jose were and are wife and husband, respectively.

10. As a direct and proximate result of PepsiCo's negligence and/or recklessness and Jose's proximately resulting injuries, Katherine has been deprived of a portion of Jose's love, companionship, consortium, and/or other services which he had ably provided prior to December 29, 2024.

WHEREFORE, Plaintiffs, JOSE L. FELICIANO, SR. and KATHERINE FELICIANO, demand judgment in their favor and against Defendant, PEPSICO, INC., for compensatory and punitive damages, for the costs of this action, for prejudgment interest and for any and all other relief that the Court may deem proper under the circumstances.

Respectfully submitted,
**ALLEN LAW GROUP, LLC**
Attorneys for Plaintiffs

/s/ Otto J. Shragal

Kenneth J. Allen (3857-45)
Otto J. Shragal (25792-64)

## JURY DEMAND

Plaintiffs demand trial by jury on all counts of their Complaint.

Respectfully submitted,
**ALLEN LAW GROUP, LLC**
Attorneys for Plaintiffs

/s/Otto J. Shragal

Otto J. Shragal (25792-64)



*Reply to Office Indicated*

☑ **ALLEN LAW BUILDING:**
501 Allen Court, Suite 3000
Chesterton, IN 46304
219.465.6292

☐ **CHICAGO OFFICE:**
77 W. Wacker Drive
Chicago, IL 60601
312.236.6292

☐ **MERRILLVILLE OFFICE:**
3700 E. Lincoln Highway (U.S. 30)
Merrillville, IN 46410
219.736.6292

☐ **ORLAND PARK OFFICE:**
15255 S. 94th Avenue
Orland Park, IL 60462
708.460.6292

☐ **INDIANAPOLIS OFFICE:**
201 N. Illinois Street (South Tower)
Indianapolis, IN 46204
317.842.6926

☐ **WILL COUNTY OFFICE:**
10062 W. 190th Place
Mokena, IL 60448
815.725.6292

www.Allen.Law